441 A.2d 788

In re Commitment of Michael L.

Appeal of Michael L.

Submitted April 8, 1981. Charles B. Coleman, Assistant Public Defender, for appellant; Alfred W. Crump, Jr., did not file a brief on behalf of Mental Health/Mental Retardation, participating party.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.